# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00271-MR-DLH

| | |
|---|---|
| BUEL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Stay Trial Court Proceedings [Doc. 6].

The Plaintiff moves the Court to enter an Order staying the deadline for completion of the initial attorneys' conference in this matter. The Defendant does not oppose the Plaintiff's motion. [Doc. 6].

The grounds cited by the Plaintiff for requesting a stay is that the Plaintiff needs time to amend its Complaint. The Plaintiff's Motion to Stay was filed on February 6, 2018. To date, however, the Plaintiff has not sought to file an Amended Complaint, either by consent or with leave of Court. The Court declines to stay this matter based on speculation of what the Plaintiff

might do in the future. Accordingly, the Plaintiff's Motion to Stay is denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Stay Trial Court Proceedings [Doc. 6] is **DENIED WITHOUT PREJUDICE**. The parties shall file a Certificate of Initial Attorneys' Conference within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: February 13, 2018

Martin Reidinger
United States District Judge