# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 271

| BUEL, INC., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) |  |
| Defendant. | ) |  |

This matter is before the Court sua sponte. In Plaintiff's Complaint, Plaintiff demanded a jury trial [# 1, p. 11]. The United States did not address the jury demand in its Answer [# 5].

It is not clear to the Court, however, that Plaintiff is entitled to a jury trial. *See* 28 U.S.C. §§ 2402, 1346. Accordingly, the Court will ask the parties to brief the issue.

The Court **DIRECTS** the parties to brief the issue of Plaintiff's jury demand. Briefs shall be no longer than five (5) pages. Briefs shall be due one week from the entry of this order.

Signed: February 27, 2018

Dennis L. Howell
United States Magistrate Judge