# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00271-MR-WCM

| | |
|---|---|
| BUEL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Consent Motion for a Stay of the Deadline to Object to the Magistrate Judge's Memorandum and Recommendation in Light of Lapse of Appropriations [Doc. 24].

On January 11, 2019, the Magistrate entered a Memorandum and Recommendation (M&R) regarding the Government's Motion to Dismiss [Doc. 23]. The Government moves for a stay of the deadline to object to the M&R until Congress has restored appropriations to the Department of Justice and DOJ attorneys are permitted to resume their usual civil litigation functions. Counsel for the Plaintiff consents to the Government's Motion.

Upon consideration of the nature of this case, the issues presented, and the particular stage of the proceedings, the Court will, in the exercise of its discretion, deny the Government's Motion. The Court will, however, allow the parties a brief extension of time within which to file objections.

**IT IS, THEREFORE, ORDERED** that the Government's Consent Motion for a Stay of the Deadline to Object to the Magistrate Judge's Memorandum and Recommendation in Light of Lapse of Appropriations [Doc. 24] is **DENIED**.

**IT IS FURTHER ORDERED** that the deadline for the filing of any objections to the Memorandum Recommendation is hereby **EXTENDED** to **February 1, 2019**.

**IT IS SO ORDERED.**

Signed: January 23, 2019

Martin Reidinger
United States District Judge